No. 83–329.   COUNTY OF ROCKLAND *v.* U. S. NUCLEAR REGULATORY COMMISSION ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 83–331.   SHIRILLA, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF TAYLOR *v.* SMALLWOOD ET AL.   C. A. 9th Cir. Certiorari denied.

No. 83–336.   MAINTENANCE CONTRACTORS, INC. *v.* PIERCE, SECRETARY OF HOUSING AND URBAN DEVELOPMENT.   C. A. 6th Cir.   Certiorari denied.

No. 83–338.   XHEKA ET AL. *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 83–353.   SALORIO ET AL. *v.* GLASER, DIRECTOR OF THE DIVISION OF TAXATION, DEPARTMENT OF THE TREASURY OF NEW JERSEY; and
No. 83–596.   GLASER, DIRECTOR OF THE DIVISION OF TAXATION, DEPARTMENT OF THE TREASURY OF NEW JERSEY *v.* SALORIO ET AL.   Sup. Ct. N. J.   Certiorari denied.   Reported below: 93 N. J. 447, 461 A. 2d 1100.

No. 83–358.   MARTORANO *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 83–361.   ERLBAUM, NEW YORK CITY CRIMINAL COURT JUDGE *v.* MORGENTHAU, NEW YORK COUNTY DISTRICT ATTORNEY.   Ct. App. N. Y.   Certiorari denied.

No. 83–368.   RUSSO ET AL. *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 83–425.   MANCUSO ET AL. *v.* CITY OF NEW YORK ET AL. C. A. 2d Cir.   Certiorari denied.

No. 83–463.   STERN *v.* SHOULDICE ET AL.   C. A. 6th Cir. Certiorari denied.

No. 83–510.   LOCAL UNION 1702, UNITED MINE WORKERS OF AMERICA *v.* CONSOLIDATION COAL CO.   C. A. 4th Cir.   Certiorari denied.